wick, *Rhode Island, et al. v.* JAMES COUSINEAU, RALPH T. LEWIS, JR. AND CHARLES MCGOVERN, in their Capacities as *Members of the Board of Public Safety of the City of Warwick.* Motion for leave to file petition for writ of certiorari denied. *Charles J. Rogers, Jr., John D. Lynch,* for petitioners. *Howard R. Haronian,* City Solicitor, *Gordon C. Mulligan,* Assistant City Solicitor, for respondents.

## July 6, 1967.

M. P. No. 151. JEAN FORGET *v.* ANTOINETTE MARCOUX. Motion for leave to file petition for writ of certiorari denied without prejudice. *Joseph J. Roszkowski, Irving I. Zimmerman,* for petitioner. *Keenan, Rice and Dolan, John F. Dolan,* for respondent.

M. P. No. 175. STANLEY ROBERT GENDREAU *v.* HAROLD V. LANGLOIS. Motion for leave to file petition for writ of habeas corpus denied pending hearing on petitioner's Bill of Exceptions. *Stanley Robert Gendreau,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, for respondent.

APPEAL No. 124. CHARLES L. CALLAHAN, JR. *d/b/a* TOP LINE WAREHOUSE *v.* RHODE ISLAND OIL CO., AND ROBERT EDER AND ARTHUR T. ANTHONY AND QUAKER STATE OIL REFINING CORPORATION AND RICHARD I. LANIUS. Motion of defendant, Quaker State Oil Refining Corporation, to sever and remand so much of action as presents issues between plaintiff and said defendant granted and case remanded to Superior Court for further proceedings. *Robert F. Flynn,* for plaintiff. *Matthew W. Goring,* for defendant.

## July 19, 1967.

M. P. No. 181. CARL MARTIN AND ESTELLE MARTIN, *Parents of* LLOYD P. LAWSON, *a minor v.* JOSEPH P. DEVINE, *Superintendent, Rhode Island Training School for Boys.* Petition for writ of habeas corpus denied. *Edward R. Andrews,* for petitioners. *Herbert F. DeSimone,* Attorney General, for respondent.